# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| KENT DAVID BURSTEIN, ) | |
| ) | Case No. 19-72463-FJS |
| *Debtor*. ) | |
| ) | |
| ) | |
| YVETTE NONTE, ) | |
| ) | APN 20-07016-FJS |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| KENT DAVID BURSTEIN, ) | |
| ) | Chapter 7 |
| *Defendant*. ) | |
| ) | |

**ORDER ENTERING SUMMARY JUDGMENT *SUA SPONTE***

On March 24, 2022, the Court issued a memorandum opinion and order granting partial summary judgment in favor of Yvette Nonte that a confessed judgment entered in her favor by the Circuit Court for Montgomery County, Maryland against Kent David Burstein (the "Debt") is nondischargeable pursuant to 11 U.S.C. § 523(a)(15) as a debt to a former spouse incurred in connection with a separation agreement and divorce. The Court simultaneously entered a separate order giving the parties notice that it would consider the liquidation of the nondischargeable Debt on summary judgment *sua sponte* at a hearing held on May 10, 2022.

For the reasons stated in the memorandum opinion issued in the above-captioned case on June 15, 2022, the Court enters summary judgment *sua sponte* that the nondischargeable Debt owed by Kent David Burstein to Yvette Nonte is $382,084.71, inclusive of interest and fees.

The Clerk shall deliver copies of this Order to Steven L. Brown, counsel for Yvette Nonte;

and Thomas K. Plofchan, Jr., counsel for Kent David Burstein.

Entered this 15th day of June 2022, at Norfolk in the Eastern District of Virginia.

FRANK J. SANTORO
Chief United States Bankruptcy Judge

Entered on Docket: Jun 15 2022